Cat. 3
PRISONER CASE

FILED
MAR 17 2011
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** DETERTORING SANDERS

**Defendant(s):** JODY P WEIS, etc., et al.

**County of Residence:** WARREN

**County of Residence:**

**Plaintiff's Address:**

Detertoring Sanders
B-58742
Shawnee - SHW
6665 State Route 146 East
Vienna, IL 62995

**Defendant's Attorney:**

11 C 1881
Judge Robert M. Dow, Jr
Magistrate Judge Morton Denlow

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** *A. E. Woodham*   **Date:** 03/17/2011